PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:16-MJ-00119-JDP |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| STEVEN MICHAEL WHITE, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 U.S.C. §1073, Unlawful Flight to Avoid Prosecution, and its associated arrest warrant, all in the above referenced case, 2:16-MJ-00119, against STEVEN MICHAEL WHITE is GRANTED.

Dated:  April 4, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1